Argued June 6—decided June 6, 1972

CLIFFORD R. BURGESS ET AL. *v.* THOMAS L. BONGE ET AL.

The motions by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County are denied.

*Jonathan D. Kantrowitz,* for the appellees (plaintiffs).

*Thomas L. Bonge,* pro se, an appellant (defendant).

Argued June 6—decided June 6, 1972